IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LEROY WILSON, III, | * |
| Petitioner, | * |
| v. | Case No. 5:22-cv-201-MTT |
| | * |
| NATHAN BROOKS, Warden, | |
| | * |
| Respondent. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated November 27, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 27th day of November, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk